UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE                                                                                  Case No.: 10-23558-LMI

ANTOINE WALKER                                                          Chapter 7

           Debtor.
_____/

### TRUSTEE'S REPORT OF ABANDONMENT

I am the duly appointed and acting Chapter 7 trustee in this case. Pursuant to Local Bankruptcy Rule 6007-1(A), I abandoned the estate's interests in the following property at the conclusion of the first meeting of creditors on this case:

| Asset Description |
| --- |
| 6 Athena Court<br>Tinley Park, IL 60477<br><br>2008 Range Rover<br><br>2008 Range Rover (silver) |

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice was served via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case on this 28th day of June, 2010.

                                                  Respectfully submitted,
                                                  I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

                                        By:    /s/Drew M. Dillworth
                                                    Drew M. Dillworth, Bankruptcy Trustee
                                                    Florida Bar No. 0167835
                                                    Museum Tower, Suite 2200
                                                    150 W. Flagler Street
                                                    Miami, Florida 33130
                                                    Telephone:   (305) 789-3598
                                                    Facsimile:    (305) 789-3395