

**ORDERED in the Southern District of Florida on August 06, 2010.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov**

In re:

ANTOINE WALKER,                                  Case No. 10-23558-LMI

    Debtor.                                        Chapter 7

_____/

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

THIS MATTER came on for hearing on August 5, 2010, on *SunTrust Bank's Motion for Relief from Stay* (the "Motion")(D.E. 22). The Motion was served upon all interested parties. The Court having considered the Motion, heard arguments of counsel, and having reviewed the record in this case, finds good cause to grant the Motion. Accordingly, it is:

ORDERED as follows:

1.    The Motion is granted.

2.  The automatic stay imposed by Section 362 of the Bankruptcy Code is modified to permit SunTrust Bank to commence and prosecute a mortgage foreclosure action in state court and to exercise all of its *in rem* rights with regard to the real property described as:

> **Lot 28, First Addition to Ye Little Wood, according to the map or plat thereof, as recorded in Plat Book 4, Page 192, of the Public Records of Miami-Dade County, Florida**

3.  This order is enforceable solely for *in rem* purposes and SunTrust Bank shall not seek any *in personam* relief against the Debtor.

# # #

**Submitted by**:
David J. Lienhart, Esq.
Roetzel & Andress, LPA
P.O. Box 6507
Orlando, FL 32802-6507
(407) 896-2224
dlienhart@ralaw.com
Attorneys for SunTrust Bank

Attorney Lienhart is directed to serve a copy of this Order on all interested parties and file a certificate of service.